**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FRANCO HERRERA-AGUILAR,

     Plaintiff,

v.                                  **CASE NO**: 8:10-cv-985-T-26TBM

UNITED STATES OF AMERICA

     Defendant.

_____/

**O R D E R**

     Plaintiff, proceeding, *pro se*, has filed a motion to vacate pursuant to 28 U.S.C. § 2255. The Court's review of its docket reflects that this is his third motion to vacate. The Court denied his first two motions, and the Eleventh Circuit Court of Appeals denied his applications for certificates of appealability from those orders.[1] Consequently, because Plaintiff filed his latest motion directly with this Court without first obtaining authorization from the Eleventh Circuit as required by 28 U.S.C. § 2244(b)(3)(A), this Court lacks jurisdiction to consider the motion. See Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003).

     Accordingly, this case is dismissed. The Clerk is directed to enter judgment for Defendant and to close this case.

     **DONE AND ORDERED** at Tampa, Florida, on April 28, 2010.


                     *s/Richard A. Lazzara*_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and Plaintiff, pro se

---

    [1] See case number 8:08-cv-703, dockets 2, 10, 12, and 22.